IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-01819-ZLW-CBS

MICHAEL A. LAPORTE,

    Plaintiff,

v.

DAVID A. POPE,

    Defendant.

## ORDER

The matter before the Court is "Defendant And 3rd Party Plaintiff's Motion For Reconsideration Of Order Of Remand" (Doc. No. 7).  The Court has reviewed carefully Plaintiff's motion, the case file, and the applicable legal authority.  It is

ORDERED that "Defendant And 3rd Party Plaintiff's Motion For Reconsideration Of Order Of Remand" (Doc. No. 7) is denied.

DATED at Denver, Colorado, this 26th day of August, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court